UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAGAN FIRAT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SIMM ASSOCIATES, INC.,<br><br>　　　　Defendant. | Case No.  1:22-cv-01453-JLT-BAM<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO DISMISS ACTION**<br><br>(Doc. 15) |

　　　　On April 17, 2023, the parties filed a stipulation to extend the deadline to dismiss this action an additional forty-five (45) days to June 1, 2023.  The parties explain that additional time is needed to finalize and execute a written settlement agreement and for the terms of the agreement to be fulfilled prior to dismissal. (Doc. 15.)

　　　　For cause appearing, the parties' stipulation for an extension of time is GRANTED.  The parties shall file appropriate papers to dismiss or conclude this action in its entirety no later than June 1, 2023.  Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* L.R. 160, 272.

IT IS SO ORDERED.

　　Dated:　**April 18, 2023**　　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1